1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LYNDA WEAVER ) | Civil Action No. 1:05-CV-00322 REC LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until September 12, 2005, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, March 8, 2005, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1 | Dated:  August 12, 2005                     /s/ Gina Fazio

2 |                                              GINA FAZIO,
                                                 Attorney for Plaintiff.
3 | Dated: August 12, 2005
4 |                                              MCGREGOR SCOTT
                                                 United States Attorney
5 |
                                                 By: /s/ Kristi C. Kapetan
6 |                                              (as authorized via facsimile)
                                                 KRISTI C. KAPETAN
7 |                                              Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | **Dated:   August 22, 2005**               _____/s/ Lawrence J. O'Neill_____
    b9ed48                                       UNITED STATES MAGISTRATE JUDGE
10
11
12
...
28