1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                         AT FRESNO

10 LYNDA WEAVER              )
                             )   Civil Action No. 1:05-CV-0322 REC LJO
11                           )
         Plaintiff,          )   STIPULATION AND ORDER
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
         Defendant.          )
16 _____    )

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 30 day extension of time, until February 14, 2006, in

20 which to file and serve Plaintiff's Opening brief.  Plaintiff's counsel requests the extension

21 to further review the file and prepare arguments.  All remaining actions under the

22 scheduling order filed, March 8, 2005, shall proceed under the time limit guidelines set

23 therein.

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: January 17, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: January 17, 2006 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan (as authorized via facsimile) KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8     IT IS SO ORDERED.

9     **Dated:   January 18, 2006**          **/s/ Lawrence J. O'Neill**
      66h44d                                  UNITED STATES MAGISTRATE JUDGE