```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  Federal Building
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6

 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9

10
    LYNDA WEAVER,                    )    1:05-cv-0322 REC LJO
11                                   )
                   Plaintiff,        )    STIPULATION AND ORDER
12                                   )    TO EXTEND TIME
                                     )
13             v.                    )
                                     )
14  JO ANNE B. BARNHART,             )
    Commissioner of Social           )
15  Security,                        )
                                     )
16                 Defendant.        )
17  _____)

18       The parties, through their respective counsel, stipulate

19  that defendant's time to respond to plaintiff's opening brief be

20  extended from March 20, 2006 to April 19, 2006.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28
                                     1
```

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                          Respectfully submitted,

Dated: March 16, 2006
                                    /s/ Gina M. Fazio
                                    (as authorized via facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff

Dated: March 16, 2006        McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

    IT IS SO ORDERED.

**Dated:   March 17, 2006**                **/s/ Lawrence J. O'Neill**
66h44d                                  UNITED STATES MAGISTRATE JUDGE