1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 LYNDA WEAVER          )
                         )       1:05-CV-322 REC LJO
11                       )
          Plaintiff,     )       STIPULATION AND ORDER
12                       )
   vs.                   )
13                       )
   JO ANNE B. BARNHART,  )
14 Commissioner of Social)
   Security,             )
15                       )
          Defendant.     )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 14 day extension of time, until May 17, 2006, in which to file and

20 serve Plaintiffs' Reply brief. All remaining actions under the scheduling order filed, March

21 8, 2005, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | Dated:  May 4, 2006 | /s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: May 4, 2006

MCGREGOR SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 8, 2006**         **/s/ Lawrence J. O'Neill**
66h44d                             UNITED STATES MAGISTRATE JUDGE