**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNDA WEAVER,<br><br>            Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 05-0322 AWI LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 29.) |

**INTRODUCTION**

Plaintiff Linda Weaver ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§1381-1382c. After review of the Administrative Record and the parties' papers, the magistrate judge issued July 18, 2006 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision to deny plaintiff SSI or to remand for further proceedings. Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1.   ADOPTS in full the magistrate judge's July 18, 2006 findings and recommendations; and

2.   DIRECTS this Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Lynda Weaver and to close this action.

IT IS SO ORDERED.

**Dated:    September 2, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE